# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAKATA MDL PLAINTIFFS, | No. 1:17-CV-1717 |
|     Appellant | (Judge Brann)[1] |
| v. | |
| FOREIGN REPRESENTATIVE, | |
|     Appelle. | |

## **ORDER**

**AND NOW**, this 3rd day of January 2018, **IT IS HEREBY ORDERED** that:

1. The Recommendation of the Magistrate Judge, December 14, 2017, ECF No. 5, is ADOPTED in full.

2. This action is withdrawn from mandatory mediation.

3. The parties' proposed briefing schedule is adopted:

   a. Appellants' Opening Brief is due January 2, 2018;

   b. Appellee's Answering Brief is due forty-five days after the opening brief;

   c. Appellant's Reply Brief is due fourteen days after the answering brief.

---

[1] An Article III Judge in the Middle District of Pennsylvania sitting by designation in the District of Delaware in lieu of the vacant judgeship in that district.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge